IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| SHAWNA MARIE GWOST, | ) NO.: 17-15201 |
| | ) |
| Debtor, | ) CHAPTER 7 |
| | ) |
| | ) JUDGE: JANET S. BAER |
| | ) (Kane County) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON September 22, 2017 at 11:00 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, U.S. Bankruptcy Judge, Kane County Courthouse, 100 South Third Street, Room 240, Geneva, Illinois 60134, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on September 6, 2017, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

Kinnera Bhoopal
*/s/Kinnera Bhoopal*
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. WELLSB-17-41453

## **NOTICE OF MOTION ADDRESSES**

To Trustee:  *by Electronic Notice through ECF*
Gina B. Krol
105 West Maidson Street
Ste 1100
Chicago, IL 60602


To Debtor:
Shawna Marie Gwost  *Served via U.S. Mail*
7619 WALNUT AVE
Woodridge, IL 60517


To Attorney:  *by Electronic Notice through ECF*
Alex Wilson, Esq.
Geraci Law L.L.C.
55 East Monroe Street Suite #3400
Chicago, IL 60603


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. WELLSB-17-41453

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| SHAWNA MARIE GWOST, | ) NO.: 17-15201 |
| | ) |
| Debtor, | ) CHAPTER 7 |
| | ) |
| | ) JUDGE: JANET S. BAER |
| | ) |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Wells Fargo Bank, N.A. by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 7619 Walnut Avenue, Woodridge, Illinois 60517 be Modified stating as follows:

1. On May 16, 2017, the above captioned Chapter 13 was filed and converted to a Chapter 7 on August 16, 2017.

2. Wells Fargo Bank, N.A. services the first mortgage lien on the property located at 7619 Walnut Avenue, Woodridge, Illinois 60517.

3. The debt is based on an April 26, 2013, Mortgage and Note in the original sum of $169,866.00.

4. As of August 29, 2017 the funds necessary to pay off Wells Fargo Bank, N.A. on the above captioned account were approximately $174,155.81. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. The Debtor's schedules list the fair market value of said property at $225,000.00.

5. The account is currently due and owing to Wells Fargo Bank, N.A. for the October 2016 current mortgage payment and those thereafter.

6. Wells Fargo Bank, N.A. continues to be injured each day it remains bound by the Automatic Stay.

7. Wells Fargo Bank, N.A. is not adequately protected.

8. The property located at 7619 Walnut Avenue, Woodridge, Illinois 60517 is not necessary for the Debtor's reorganization.

9. Wells Fargo Bank, N.A. services the underlying mortgage loan and note for the property referenced in this Motion for Relief for Wells Fargo Bank, N.A. (the noteholder) and is entitled to proceed accordingly.  Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the Debtor obtains a discharge and a foreclosure action is commenced or recommended, said foreclosure action will be conducted in the name of Wells Fargo Bank, N.A.(the noteholder).

10. Debtor, Shawna Marie Gwost, executed a promissory note secured by a mortgage or deed of trust.  The promissory note is either made payable to Creditor or has been duly indorsed.  Creditor, directly or through an agent, has possession of the promissory note.  Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and such other relief as this Court deems just.

Wells Fargo Bank, N.A.

McCalla Raymer Leibert Pierce, LLC

By:  /s/Kinnera  Bhoopal
Kinnera  Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL  60602
Phone:  (312) 346-9088
Fax:  (312) 551-4400
Email: ILpleadings@mrpllc.com